IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| KERRY TOLLIVER AND<br>WENDOLYN MORGAN § § § | |
| VS. § § | CIVIL ACTION NO. 9:24-CV-00047<br>JUDGE MICHAEL J. TRUNCALE |
| FLUID DISPOSAL SPECIALTIES INC.<br>AND TREVEION BROOKS § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

On January 31, 2025, the Court received an Alternative Dispute Resolution Summary indicating that the Parties mediated this case on January 15, 2025, which resulted in a settlement. [Dkt. 8]. Thereafter on February 2, 2025, the Court entered an Order on Closing Documents giving the Parties until March 3, 2025 to file the necessary closing documents to remove this matter from the Court's active docket. [Dkt. 9]. As of this date, the Parties have not filed closing documents.

It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs. It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

SIGNED this 18th day of June, 2025.

Michael J. Truncale
United States District Judge